# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHANEA S., et al** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **No.: 12-cv-1056** |
| | : | |
| **THE SCHOOL DISTRICT OF PHILADELPHIA,** | : | |
| | : | |
| **Defendant.** | : | |

## O R D E R

**AND NOW**, this __10TH__ day of June, 2014, upon consideration of Plaintiffs' Petition for Attorney's Fees and Costs (ECF No. 24), Defendant's Response (ECF No. 26), Plaintiffs' Reply (ECF No. 27), Defendant's Sur-Reply (ECF No. 32), and Plaintiffs' Supplemental Reply (ECF No. 33), and for the reasons stated in the Memorandum Opinion filed this date, **IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED IN PART** and **DENIED IN PART**.  Defendant shall pay $42,418.50 in fees and $350.00 in costs to Plaintiffs.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE